UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Jason Eidam
_____

FILED - GR
April 5, 2019 3:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc_ SCANNED BY: kw / 4/8

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. City of Dowagiac, Dowagiac Police Department
Officer Unknown Roman

1:19-cv-263
Robert J. Jonker
Chief U.S. District Judge

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. Previous Lawsuits

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

Western District of Mich,  1:10-cv-00034   1:11-cv-00107
                          1:10-cv-01165   1:17-cv-00464

2. Is the action still pending? Yes ☐ No ☒

    a. If your answer was no, state precisely how the action was resolved: All Settled

3. Did you appeal the decision? Yes ☐ No ☒

4. Is the appeal still pending? Yes ☐ No ☒

    a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒
    If so, explain: _____

II. Place of Present Confinement _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Jason Eidam

Address  2678 Huntly Rd Niles, MI 49120

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1  City of Dowagiac / Dowagiac Police Department

Position or Title  Dept.

Place of Employment  ____

Address  241 S. Front St., Dowagiac, MI 49047

Official and/or personal capacity?  Official

Name of Defendant #2  Unknown Roman

Position or Title  Officer

Place of Employment  Dowagiac City Police Department

Address  241 S. Front St. Dowagiac, MI 49047

Official and/or personal capacity?  Both

Name of Defendant #3  ____

Position or Title  ____

Place of Employment  ____

Address  ____

Official and/or personal capacity?  ____

Name of Defendant #4  ____

Position or Title  ____

Place of Employment  ____

Address  ____

Official and/or personal capacity?  ____

Name of Defendant #5  ____

Position or Title  ____

Place of Employment  ____

Address  ____

Official and/or personal capacity?  ____

## Statement of Claim

On or About 9-2017 Dowagiac PD Officer Roman pulled in behind me on East Rail Road in Fryman Recycling parking lot and Turned His Flashing lights on. I had been their for about 10 min. Working on my Amp and Speakers. I lived 3 houses away. Officer Roman came up and Told me To give him my ID, Registration and Insurance. I Told Him no as I was on private property. He Told me He was Detaining me, I Asked why and He claims a neighbor called about a Suspicious vehicle. Note I live 3 Houses away and Have For 3 years. He Cuffed me and placed me in His patrol car and Then Searched my Truck. He came back and Ran my ID That He Found in my Truck. My license came back suspended For Failure To Pay Driver Responsibility Fee. I Told Him I got out of Prison in July and Insured and plated my Truck and no one Told me it was suspended.

He verified I was in prison when The Suspension was issued and Told me I was being lodged in Cass County Jail. I Told Him I was on Private Property and His Arrest was illegal. He Took me To Jail were I Immediately Bonded out For $500. My Wife Crystal Miller Eidam was Driving me Home when we Hit a Deer with my Truck. See Pic. The Driving on a Suspended Ticket was Thrown out by The Cass Co Prosecutor Due To lack of notice. I Had Hired Attorney Jason Ronning

For $500 To Represent me. I am Suing For violation of my civil rights For unlawful Arrest, Damage To my Truck For Hitting a Deer, Attorney Fees and ulawful Search by officer Roman

### Relief

I Request The Following compensatory Damages:
Attorney Fee $500      Truck Repair $3,500
Bond $500       Unlawful Arrest $5,000
Unlawful Search $5,000

I Request punitive Damages:
Ulawful Arrest and Search $100,000

For a Total of $114,500.00

I Believe The Above To be True and correct To The Best of my Knowledge, Information and Belief.

Date 4-1-19

Jason Eidam

Jason Eidam
321 M62 Hwy
Cassopolis, MI 49031



United States District Court
c/o Court File Clerk
110 Michigan St., NW
Grand Rapids, MI 49503